# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| RAJESH C. PATEL | ) | Case No. 16-65074 |
| | ) | |
| Debtor. | ) | Honorable Lisa Ritchey Craig |
| | ) | |
| | ) | |
| RL BB-GA RMH, LLC | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | Adv. Proc. No. 16-05307 |
| RAJESH C. PATEL; SHAMA PATEL; HASMITA PATEL; MUKESH PATEL; JAY R. PATEL; RISHI M. PATEL; and CARNEGIE HOTEL MANAGER, LLC, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## FEDERAL RULE OF BANKRUPTCY PROCEDURE 7007.1 CORPORATE OWNERSHIP STATEMENT FOR PLAINTIFF RL BB-GA RMH, LLC

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, Plaintiff RL BB-GA RMH, LLC declares that the following is a full and complete list of all entities that own 10% or more of any class of Plaintiff's equity interests, directly or indirectly: RL BB Acquisitions, LLC; Rialto Real Estate Fund, LP; Rialto Partners GP, LLC; Rialto Investments, LLC; Rialto Holdings, LLC; and Lennar Corporation.

Lennar Corporation is a publicly owned company and has no parent corporation. There is no publicly held corporation that owns 10% or more of Lennar Corporation's stock.

Dated: November 8, 2016 Respectfully submitted,

RL BB-GA RMH, LLC

By: */s/ Mark I. Duedall*
    Mark I. Duedall (GA Bar No. 231770)
    Gwendolyn J. Godfrey (GA Bar No. 153004)
    BRYAN CAVE LLP
    One Atlantic Center, Fourteenth Floor
    1201 W. Peachtree St. NW
    Atlanta, GA 30309-3471
    Tel: (404) 572-6600
    Fax: (404) 572-6999
    Email: Mark.Duedall@bryancave.com
    Email: Gwendolyn.Godfrey@bryancave.com

    Jason J. DeJonker
    Justin A. Morgan
    BRYAN CAVE LLP
    161 North Clark Street Suite 4300
    Chicago, Illinois 60601
    Tel: (312) 602-5005
    Fax: (312) 602-5050
    Email: Jason.DeJonker@bryancave.com
    Email: Justin.Morgan@bryancave.com

    Beth E. Rogers, Georgia Bar No. 612092
    James Carroll, Georgia Bar No. 940350
    ROGERS LAW OFFICES
    The Equitable Building
    100 Peachtree Street, Suite 1950
    Atlanta, Georgia 30303
    Tel: (770) 685-6320
    Fax: (678) 990-9959

    BJay Pak
    CHALMERS PAK BURCH & ADAMS LLC
    75 14th Street, Ste. 2725
    Atlanta, GA 30309
    Tel: (678) 582-8902
    Fax: (678)582-8912

    *Counsel to RL BB-GA RMH, LLC*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| RAJESH C. PATEL | ) | Case No. 16-65074 |
| | ) | |
| Debtor. | ) | Honorable Lisa Ritchey Craig |
| | ) | |
| RL BB-GA RMH, LLC | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | Adv. Proc. No. 16-05307 |
| RAJESH C. PATEL; SHAMA PATEL; HASMITA PATEL; MUKESH PATEL; JAY R. PATEL; RISHI M. PATEL; and CARNEGIE HOTEL MANAGER, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing **FEDERAL RULE OF BANKRUPTCY PROCEDURE 7007.1 CORPORATE OWNERSHIP STATEMENT FOR PLAINTIFF RL BB-GA RMH, LLC** using the Court's CM/ECF filing system, which sent a notice of this filing and an accompanying link to this filing to all parties who have filed a notice of appearance in this case under the Court's CM/ECF system. Moreover, I further certify that on this day, I caused a copy of this filing to be served via United States First Class mail, with adequate postage pre-paid, on the parties set forth below at the addresses shown.

Rajesh C. Patel
2253 Gradyridge Trail
Duluth, GA  30097

Shama Patel
2253 Gradyridge Trail
Duluth, GA  30097

Jay R. Patel
2253 Gradyridge Trail
Duluth, GA  30097

Carnegie Hotel Manager, LLC
c/o Its Registered Agent
Rajesh C. Patel
2253 Gradyridge Trail
Duluth, GA  30097

| | |
|---|---|
| Howard P. Slomka<br>Sloma Law Firm<br>1069 Spring Street, NW – 2nd Floor<br>Atlanta, GA  30309 | Hasmita Patel<br>2860 Cravey Drive<br>Atlanta, GA  30345 |
| Mukesh Patel<br>2860 Cravey Drive<br>Atlanta, GA  30345 | Rishi M. Patel<br>2860 Cravey Drive<br>Atlanta, GA  30345 |
| Neil C. Gordon<br>Arnall Golden & Gregory LLP<br>171 17th Street, NW – Suite 2100<br>Atlanta, GA  30363 | Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA  30303 |

Dated:  November 8, 2016

**BRYAN CAVE LLP**

/s/ *Mark I. Duedall*
Mark I. Duedall (GA Bar No. 231770)
One Atlantic Center – Fourteenth Floor
1201 W. Peachtree Street, NW
Atlanta, GA  30309-3471
Telephone:     (404) 572-6600
Facsimile:     (404) 572-6999
Email:          Mark.Duedall@bryancave.com

*Counsel to RL BB-GA RMH, LLC*