IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
|     RAJESH C. PATEL, | ) | |
| | ) | Case No. 16-65074-lrc |
|     DEBTOR. | ) | |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| RL BB-GA RMH, LLC, | ) | |
| | ) | |
|   Plaintiff, | ) | |
| | ) | |
| vs. | ) | Adv. Proc. No. 16-05307-lrc |
| | ) | |
| RAJESH C. PATEL; SHAMA PATEL; | ) | |
| HASMITA PATEL; MUKESH PATEL; JAY R. | ) | |
| PATEL; RISHI M. PATEL; and CARNEGIE | ) | |
| HOTEL MANAGER, LLC, | ) | |
| | ) | |
|   Defendants. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he is more than 18 years of age, and that on

November 23, 2016, he served the **Initial Response of Hasmita Patel, by Special Appearance,**

**to Plaintiff's Motion for Preliminary Injunction** [Docket No. 9] via the Court's ECF/CM

filing system as follows:

Mark I. Duedall on behalf of Plaintiff RL BB-GA RMH, LLC
mark.duedall@bryancave.com, b.lyle@bryancave.com

    This 28th day of November, 2016.

                                      **ROBL LAW GROUP, LLC**

                                      /s/ Michael Robl
                                      _____
                                      Michael D. Robl
                                      State Bar No. 610905
                                      Attorney for Hasmita Patel

3754 Lavista Road, Suite 250

Tucker, GA 30084
(404) 373-5153 (telephone)
(404) 537-1761 (facsimile)
michael@roblgroup.com (email)