# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| RAJESH C. PATEL, ) | |
| ) | Case No. 16-65074-lrc |
| DEBTOR. ) | |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| RL BB-GA RMH, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Adv. Proc. No. 16-05307 |
| ) | |
| RAJESH C. PATEL; SHAMA PATEL; ) | |
| HASMITA PATEL; MUKESH PATEL; JAY R. ) | |
| PATEL; RISHI M. PATEL; and CARNEGIE ) | |
| HOTEL MANAGER, LLC, ) | |
| ) | |
| Defendants. ) | |

## ANSWER OF HASMITA PATEL AND RISHI PATEL, BY SPECIAL APPEARANCE, TO PLAINTIFF'S COMPLAINT

COME NOW Hasmita Patel and Rishi Patel (collectively, "Defendants"), through their undersigned counsel, and file this Answer to Plaintiff's Complaint in the above-styled adversary proceeding, by special appearance without consenting to jurisdiction in the above-styled adversary proceeding, including Constitutional jurisdiction over non-bankruptcy claims, and respectfully show the Court as follows.

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint must be dismissed because it fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's Complaint must be dismissed because Plaintiff lacks standing to assert one or more of the claims alleged in its Complaint.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's Complaint must be dismissed because the applicable statutes of limitations or statutes of repose bar one or more of its claims.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint is barred by the doctrine of laches.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint is barred by the doctrines of waiver and estoppel.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff is barred from seeking any equitable relief by virtue of the fact that it has an adequate remedy at law.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint must be dismissed due to a lack of subject matter jurisdiction or Constitutional jurisdiction over non-bankruptcy claims.

Having raised their foregoing affirmative defenses, and without waiving the same, the Defendants respond to the numbered allegation of Plaintiff's Complaint by denying that Plaintiff is entitled to any relief, and by indicating that on this 16th day of December, 2016 the parties submitted a proposed Order to the Court which will extend the deadline for Answers to the averments in Plaintiff's Complaint and the Defendants will provide further responses by the due date provided for therein.

This 16th day of December, 2016.

                        **ROBL LAW GROUP, LLC**

                        /s/ Michael Robl
                        _____
                        Michael D. Robl
                        State Bar No. 610905
                        Attorney for Hasmita Patel and Rishi Patel

3754 Lavista Road, Suite 250
Tucker, GA 30084
(404) 373-5153 (telephone)
(404) 537-1761 (facsimile)
michael@roblgroup.com (email)