**IT IS ORDERED as set forth below:**



**Date: December 22, 2016**

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| RAJESH C. PATEL | ) | Case No. 16-65074 |
| | ) | |
| Debtor. | ) | Honorable Lisa Ritchey Craig |
| | ) | |
| | ) | |
| RL BB-GA RMH, LLC | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | Adv. Proc. No. 16-05307 |
| RAJESH C. PATEL; et al, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### AGREED ORDER AND STIPULATION OF EXTENDING TIME
### BY SPECIAL APPEARANCE OF DEFENDANTS

On November 8, 2016, RL BB-GA RMH, LLC ("**RLBB**") filed the Complaint to

Determine Rights in and to Property of the Estate and Rights of Related Parties and to Enjoin the

366428

Dissipation of Assets (the "**Complaint**") commencing the above-captioned adversary proceeding (the "**Adversary Proceeding**"). Capitalized terms not defined herein shall have the meaning ascribed to them in the Complaint. RLBB also filed the Motion for Preliminary Injunction and Memorandum of Law in Support (the "**Motion**") [Adv. Proc. Dkt. No. 3] and the Notice on Motion of RL BB-GA RMH, LLC for Preliminary Injunction (the "**Notice**") [Adv. Proc. Dkt. No. 6]. The Motion was set to be heard by the Court on November 29, 2016 at 10:00 a.m. (the "**Hearing**").

On November 8, 2016, the Section 341(a) meeting of creditors (the "**341 Meeting**") in the underlying chapter 7 case (the "**Chapter 7 Case**") of Rajesh C. Patel ("**Debtor**") was reset to December 8, 2016 (the "**Reset 341 Meeting Date**") to allow for Debtor's attendance after Debtor's anticipated release from incarceration in federal prison.

After discussion between the parties, RLBB, Debtor, and the other Defendants in the adversary proceeding have agreed as follows and

**IT IS THEREFORE ORDERED (i)** that that Debtor and all other Defendants are restrained and enjoined from transferring, disposing of, distributing, dissipating or receiving the tax reimbursement payment referenced in the Side Letter Agreement to Amended and Restated Purchase and Sale Agreement executed as of January 12, 2012 between Summit Hotel TRS 099, LLC and Carnegie Hotel Manager, LLC(the "**Tax Reimbursement Payment**") for a period concluding on the later of January 18, 2017 or further order of the Court after a hearing on the earliest date the Court can hear the Motion thereafter (the "**Standstill Period**").[1] It is further,

---

[1] Nothing in this order shall be deemed to affect any parties' rights, claims, causes of actions, or defenses as they may be asserted or otherwise exist with respect to the pending civil action in Superior Court of Gwinnett County (*Carnegie Hotel Manager, LLC v. Summit Hotel TRS099, LLC and Summit Hotel Properties, Inc.*, Civil Action 16A-11795-6). Notwithstanding the foregoing, this order shall prevent the actual disbursement of any money from the Tax Reimbursement Payment, which shall be enjoined as reflected above (and subject to further order of this Court).

**(ii) ORDERED** that all third parties served with this Agreed Order, including, without limitation, Summit Hotel Properties, Inc., Summit Hotel TRS 099, LLC or any of their affiliates (collectively, "**Summit**"), are entitled to rely on this Agreed Order and are prohibited from transferring or disposing of the Tax Reimbursement Payment until further Order of this Court.  It is further,

**(iii) ORDERED** that RLBB shall promptly provide a copy of this Agreed Order to Summit or to Summit's attorney(s).  It is further,

 **(iv) ORDERED** that the hearing is hereby continued and reset as follows:  This Court will hold a hearing in Courtroom **1204**, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia on Plaintiff's Motion on **January 18, 2017 at 10:00 a.m.**  It is further;

**(v) ORDERED** that the time period for Defendants to answer or otherwise respond to the Complaint and Motion is hereby extended until January 4, 2017, and RLBB shall file any reply in support of the Motion on or before January 13, 2017.  It is further;

**(vi) ORDERED** that this Agreed Order is without prejudice to the matters raised in the Adversary Proceeding, and other than as set forth herein, all parties in interest in the Chapter 7 Case and the Adversary Proceeding retain all rights with respect to the Chapter 7 Case, the Adversary Proceeding, and the matters raised in the Motion including the right to assert affirmative defenses which are expressly reserved until the first Answer or other pleading in response to the Complaint is filed, and including any rights Defendants may have to assert claims for damages from delay in payment.

### END OF ORDER ###

Prepared and Presented by:

RL BB-GA RMH, LLC

By: /s/ Mark I. Duedall

| | |
|---|---|
| Mark I. Duedall (GA Bar No. 231770) | Beth E. Rogers (Georgia Bar No. 612092) |
| Gwendolyn J. Godfrey (GA Bar No. 153004) | James Carroll (Georgia Bar No. 940350) |
| **BRYAN CAVE LLP** | **ROGERS LAW OFFICES** |
| One Atlantic Center, Fourteenth Floor | The Equitable Building |
| 1201 W. Peachtree Street, NW | 100 Peachtree Street, Suite 1950 |
| Atlanta, Georgia 30309-3471 | Atlanta, Georgia 30303 |
| Tel: (404) 572-6600 | Tel: (770) 685-6320 |
| Fax: (404) 572-6999 | Fax: (678) 990-9959 |
| Email: Mark.Duedall@bryancave.com | Email: brogers@berlawoffice.com |
| Email: Gwendolyn.Godfrey@bryancave.com | |
| | |
| Jason J. DeJonker | BJay Pak |
| Justin A. Morgan | **CHALMERS PAK BURCH & ADAMS LLC** |
| **BRYAN CAVE LLP** | 75 14th Street, Suite 2725 |
| 161 North Clark Street, Suite 4300 | Atlanta, Georgia 30309 |
| Chicago, Illinois 60601 | Tel: (678) 582-8902 |
| Tel: (312) 602-5005 | Fax: (678) 582-8912 |
| Fax: (312) 602-5050 | Email: bpak@cpblawgroup.com |
| Email: Jason.DeJonker@bryancave.com | |
| Email: Justin.Morgan@bryancave.com | |

*Counsel to RL BB-GA RMH, LLC*

- 4 -

366428

Consented to by:

By: /s/ Howard P. Slomka
Howard P. Slomka
**THE SLOMKA LAW FIRM, PC**
1069 Spring Street, NW – 2nd Floor
Atlanta, Georgia 30319
Tel: (678) 732-0001
Email: Howie@slomkaLawFirm.com

*Counsel to Rajesh C. Patel*


By: /s/ Bryan M. Knight
Bryan M. Knight
**KNIGHT JOHNSON, LLC**
One Midtown Plaza
1360 Peachtree Street, Suite 1201
Atlanta, Georgia 30309
Phone: (404) 228-4822
Email: bknight@knightjohnson.com

*Counsel to Shama Patel, Jay R. Patel, and Carnegie Hotel Manager, LLC*


No opposition to paragraphs iii, iv, v, and vi:

RISHI PATEL and HASMITA PATEL
by special appearance

| | |
|---|---|
| By: /s/ Michael D. Robl<br>Michael D. Robl<br>**ROBL LAW GROUP LLC**<br>3754 Lavista Road, Suite 250<br>Tucker, Georgia 30084<br>Tel: (404) 373-5153<br>Fax: (404) 537-1761<br>Email: Michael@roblgroup.com | Jeffrey D. Horst<br>**KREVOLIN HORST LLC**<br>One Atlantic Center<br>1201 Peachtree Street, NW<br>Suite 3250<br>Atlanta, Georgia 30309<br>Tel: (404) 888-9700<br>Email: Horst@khlawfirm.com |

*Counsel to Hasmita Patel and Rishi Patel*

**Distribution List**

Mark I. Duedall
Gwendolyn J. Godfrey
Bryan Cave LLP
One Atlantic Center, Fourteenth Floor
1201 W. Peachtree Street, NW
Atlanta, Georgia 30309-3471

BJay Pak
Chalmers Pak Burch & Adams LLC
75 14th Street, Suite 2725
Atlanta, Georgia 30309

Bryan M. Knight
Knight Johnson, LLC
One Midtown Plaza
1360 Peachtree Street, Suite 1201
Atlanta, Georgia 30309

Jeffrey D. Horst
Krevolin Horst LLC
One Atlantic Center
1201 Peachtree Street, NW, Suite 3250
Atlanta, Georgia 30309

Beth E. Rogers
James Carroll
Rogers Law Offices
The Equitable Building
100 Peachtree Street, Suite 1950
Atlanta, Georgia 30303

Howard P. Slomka
The Slomka Law Firm, PC
1069 Spring Street, NW – 2nd Floor
Atlanta, Georgia  30319

Michael D. Robl
Robl Law Group LLC
3754 Lavista Road, Suite 250
Tucker, Georgia 30084

Neil C. Gordon
Arnall Golden Gregory LLP
171 17th Street NW – Suite 2100
Atlanta, GA  30363

366428

```
                                United States Bankruptcy Court
                                 Northern District of Georgia

RL BB-GA RMH, LLC,
        Plaintiff                                                         Adv. Proc. No. 16-05307-lrc

Patel,
        Defendant
                                      CERTIFICATE OF NOTICE

District/off: 113E-9             User: ramos                  Page 1 of 2            Date Rcvd: Dec 27, 2016
                                 Form ID: pdf492              Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 29, 2016.
                +BJay Pak,   Chalmers Pak Burch & Adams LLC,    75 14th Street, Suite 2725,
                  Atlanta, Georgia 30309-3604
                +Bryan M. Knight,   Knight Johnson, LLC,   One Midtown Plaza,
                  1360 Peachtree Street, Suite 1201,   Atlanta, Georgia 30309-3222
dft             +Hasmita Patel,   2860 Cravey Drive,   Atlanta, GA 30345-1420
                +Howard P. Slomka,   The Slomka Law Firm, PC,    1069 Spring Street, NW  2nd Floor,
                  Atlanta, Georgia 30309-3817
                +Jeffrey D. Horst,   Krevolin Horst LLC,   One Atlantic Center,
                  1201 Peachtree Street, NW, Suite 3250,   Atlanta, Georgia 30309-3470
                +Mark I. Duedall,   Gwendolyn J. Godfrey,   One Atlantic Center, Fourteenth Floor,
                  1201 W. Peachtree Street, NW,   Atlanta, Georgia 30309-3449
                +Michael D. Robl,   Robl Law Group LLC,   3754 Lavista Road, Suite 250,
                  Tucker, Georgia 30084-5623
dft             +Mukesh Patel,   2860 Cravey Drive,   Atlanta, GA 30345-1420
                +Neil C. Gordon,   Arnall Golden Gregory LLP,    171 17th Street NW  Suite 2100,
                  Atlanta, GA 30363-1031
pla             +RL BB-GA RMH, LLC,    790 NW 107 Avenue,   Suite 400,   Miami, FL 33172-3159
dft              Rajesh C. Patel,   2253 Grady Ridge Trail,   Duluth, GA  30097-5249
dft             +Shama Patel,   2253 Grady Ridge Trail,   Duluth, GA 30097-5249

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             +E-mail/Text: brogers@berlawoffice.com Dec 28 2016 02:31:55     Beth E. Rogers,
                  Rogers Law Offices,   Suite 1950,   100 Peachtree Street,   Atlanta, GA 30303-1919
ust             +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Dec 28 2016 02:31:32
                  Office of the United States Trustee,   362 Richard Russell Building,    75 Ted Turner Drive, SW,
                  Atlanta, GA 30303-3315
ust             +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Dec 28 2016 02:31:32
                  Office of the United States Trustee,   382 Richard Russell Building,    75 Ted Turner Drive, SW,
                  Atlanta, GA 30303-3315
                +E-mail/Text: brogers@berlawoffice.com Dec 28 2016 02:31:55     Beth E. Rogers,   James Carroll,
                  The Equitable Building,   100 Peachtree Street, Suite 1950,   Atlanta, Georgia 30303-1919
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust             Office of U. S. Trustee
ust             Office of U.S. Trustee
ust             Office of U.S. Trustee
ust             Office of U.S. Trustee
ust             Office of U.S. Trustee
ust             Office of U.S. Trustee
ust             Office of U.S. Trustee
ust             Office of the United States Trustee
ust             U.S. Trustee
ust             U.S. Trustee
ust             U.s.trustee
ust*           +Office of the United States Trustee,   362 Richard Russell Building,    75 Ted Turner Drive, SW,
                 Atlanta, GA 30303-3315
ust*           +Office of the United States Trustee,   362 Richard Russell Building,    75 Ted Turner Drive, SW,
                 Atlanta, GA 30303-3315
ust*           +Office of the United States Trustee,   362 Richard Russell Building,    75 Ted Turner Drive, SW,
                 Atlanta, GA 30303-3315
ust*           +Office of the United States Trustee,   362 Richard Russell Building,    75 Ted Turner Drive, SW,
                 Atlanta, GA 30303-3315
ust*           +Office of the United States Trustee,   362 Richard Russell Building,    75 Ted Turner Drive, SW,
                 Atlanta, GA 30303-3315
ust*           +Office of the United States Trustee,   362 Richard Russell Building,    75 Ted Turner Drive, SW,
                 Atlanta, GA 30303-3315
ust*           +Office of the United States Trustee,   362 Richard Russell Building,    75 Ted Turner Drive, SW,
                 Atlanta, GA 30303-3315
ust*           +Office of the United States Trustee,   362 Richard Russell Building,    75 Ted Turner Drive, SW,
                 Atlanta, GA 30303-3315
ust*           +Office of the United States Trustee,   362 Richard Russell Building,    75 Ted Turner Drive, SW,
                 Atlanta, GA 30303-3315
ust*           +Office of the United States Trustee,   362 Richard Russell Building,    75 Ted Turner Drive, SW,
                 Atlanta, GA 30303-3315
ust*           +Office of the United States Trustee,   362 Richard Russell Building,    75 Ted Turner Drive, SW,
                 Atlanta, GA 30303-3315
ust*           +Office of the United States Trustee,   362 Richard Russell Building,    75 Ted Turner Drive, SW,
                 Atlanta, GA 30303-3315
ust*           +Office of the United States Trustee,   362 Richard Russell Building,    75 Ted Turner Drive, SW,
                 Atlanta, GA 30303-3315
```

```
District/off: 113E-9           User: ramos              Page 2 of 2                  Date Rcvd: Dec 27, 2016
                               Form ID: pdf492          Total Noticed: 16

            ***** BYPASSED RECIPIENTS (continued) *****
ust*         +Office of the United States Trustee,   362 Richard Russell Building,   75 Ted Turner Drive, SW,
              Atlanta, GA 30303-3315
ust*         +Office of the United States Trustee,   362 Richard Russell Building,   75 Ted Turner Drive, SW,
              Atlanta, GA 30303-3315
ust*         +Office of the United States Trustee,   362 Richard Russell Building,   75 Ted Turner Drive, SW,
              Atlanta, GA 30303-3315
ust*         +Office of the United States Trustee,   362 Richard Russell Building,   75 Ted Turner Drive, SW,
              Atlanta, GA 30303-3315
ust*         +Office of the United States Trustee,   362 Richard Russell Building,   75 Ted Turner Drive, SW,
              Atlanta, GA 30303-3315
ust*         +Office of the United States Trustee,   362 Richard Russell Building,   75 Ted Turner Drive, SW,
              Atlanta, GA 30303-3315
ust*         +Office of the United States Trustee,   362 Richard Russell Building,   75 Ted Turner Drive, SW,
              Atlanta, GA 30303-3315
ust*         +Office of the United States Trustee,   362 Richard Russell Building,   75 Ted Turner Drive, SW,
              Atlanta, GA 30303-3315
ust*         +Office of the United States Trustee,   362 Richard Russell Building,   75 Ted Turner Drive, SW,
              Atlanta, GA 30303-3315
ust*         +Office of the United States Trustee,   362 Richard Russell Building,   75 Ted Turner Drive, SW,
              Atlanta, GA 30303-3315
ust*         +Office of the United States Trustee,   362 Richard Russell Building,   75 Ted Turner Drive, SW,
              Atlanta, GA 30303-3315
ust*         +Office of the United States Trustee,   362 Richard Russell Building,   75 Ted Turner Drive, SW,
              Atlanta, GA 30303-3315
                                                                                               TOTALS: 11, * 25, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 27, 2016 at the address(es) listed below:
              Beth E. Rogers    on behalf of Plaintiff    RL BB-GA RMH, LLC brogers@berlawoffice.com,
               JHoffmeyer@berlawoffice.com;jcarroll@berlawoffice.com;kmcdonald@berlawoffice.com
              Bryan M. Knight    on behalf of Defendant  Shama  Patel bknight@knightjohnson.com,
               laura@knightjohnson.com
              Bryan M. Knight    on behalf of Defendant   Carnegie Hotel Manager, LLC bknight@knightjohnson.com,
               laura@knightjohnson.com
              Bryan M. Knight    on behalf of Defendant  Jay R. Patel bknight@knightjohnson.com,
               laura@knightjohnson.com
              Michael D. Robl    on behalf of Defendant  Hasmita  Patel mdrobl@tsrlaw.com
              Michael D. Robl    on behalf of Defendant  Rishi M. Patel mdrobl@tsrlaw.com
                                                                                             TOTAL: 6
```