IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| RAJESH C. PATEL | ) | Case No. 16-65074 |
| | ) | |
| Debtor. | ) | Honorable Lisa Ritchey Craig |
| | ) | |
| RL BB-GA RMH, LLC | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Adv. Proc. No. 16-05307-lrc |
| | ) | |
| RAJESH C. PATEL; SHAMA PATEL; | ) | |
| HASMITA PATEL; MUKESH PATEL; JAY | ) | |
| R. PATEL; RISHI M. PATEL; and | ) | |
| CARNEGIE HOTEL MANAGER, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

AFFIDAVIT OF PRAKASH PATEL

STATE OF GEORGIA
COUNTY OF Fulton

PERSONALLY APPEARED before the undersigned officer duly authorized by law to administer oaths, Prakash Patel, who, after being first duly sworn, states on oath:

1. I am over twenty-one (21) years of age. At all relevant times related to the issues in this case, I was a participant in the Debtor's business entities' acquisition and development of the Carnegie Building, as defined in the Complaint [Doc. No. 1] and am familiar with the transactions related thereto. In such capacity, I am familiar with the Carnegie Hotel Manager Operating Agreement, and other documents related thereto.

2. I give this Affidavit of my own personal knowledge and based upon my review of

1

certain business records as described herein, for all lawful uses and purposes.

3. Each of the documents described below was prepared or received and maintained by Carnegie Hotel Manager in the ordinary course of its business and was obtained by me from Carnegie Hotel Manager's business record filing system.

4. Attached hereto as **Exhibit A** is a true and correct copy of the Carnegie Hotel Manager Operating Agreement, dated July 23, 2009, which states that R.C. Patel is the sole member of Carnegie Hotel Manager.

5. Debtor also on numerous occasions informed various business partners and lenders that he was the sole member of Carnegie Hotel Manager.

6. I am aware that Shama Patel and Hasmita Patel have asserted that they are the members of Carnegie Hotel Manager but the attached Operating Agreement reflects otherwise.

7. To the extent there was any transfer of R.C. Patel's interest in Carnegie Hotel Manager, on information and belief, Shama and Hasmita Patel have not provided any consideration to the Debtor in exchange for such alleged transfer.

8. On information and belief, Summit Hotel TRS 099, LLC ("Summit") is holding over $2 million in a tax reimbursement payment that is currently due to Carnegie Hotel Manager, LLC pursuant to that certain Side Letter Agreement to Amended and restated Purchase and Sale Agreement Executed as of January 12, 2012 between Carnegie Hotel Manager, LLC and Summit ("Side Letter Agreement")("Tax Reimbursement Payment"). A true and correct copy of the Side Letter Agreement is attached hereto as **Exhibit B**.

9. As the sole member of Carnegie Hotel Manager, Debtor's bankruptcy estate owns 100% of Carnegie Hotel Manager and is entitled to the Tax Reimbursement Payment.

10. If the Tax Reimbursement Payment is made to Carnegie Hotel Manager, Hasmita,

2

Shama or any other parties, then such parties may immediately disburse same to various bank accounts, or otherwise hide, abscond and secret such funds and Debtor's bankruptcy estate will suffer irreparable harm with inadequate remedy at law given the insufficiency of the Debtor's scheduled non-exempt property to satisfy any creditors' claims.

FURTHER AFFIANT SAYETH NOT.

_____
Prakash Patel

Sworn to and subscribed before
me this _12_ day of _January_, 2017.

_____
Notary Public
My Commission Expires:

JAMES CARROLL
Notary Public, DeKalb County, Georgia
My Commission Expires March 5, 2017

3