**IT IS ORDERED as set forth below:**

**Date: January 17, 2017**



_____
**Lisa Ritchey Craig**
**U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| RAJESH C. PATEL | ) | Case No. 16-65074 |
| | ) | |
| Debtor. | ) | Honorable Lisa Ritchey Craig |
| | ) | |
| | ) | |
| RL BB-GA RMH, LLC | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | Adv. Proc. No. 16-05307 |
| RAJESH C. PATEL; et al, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### SECOND AGREED ORDER AND NOTICE CONTINUING HEARING

On November 8, 2016, RL BB-GA RMH, LLC ("**RLBB**") filed the Complaint to Determine Rights in and to Property of the Estate and Rights of Related Parties and to Enjoin the Dissipation of Assets (the "**Complaint**") commencing the above-captioned adversary proceeding

366428

(the "**Adversary Proceeding**").  Capitalized terms not defined herein shall have the meaning ascribed to them in the Complaint.  RLBB also filed the Motion for Preliminary Injunction and Memorandum of Law in Support (the "**Motion**") [Adv. Proc. Dkt. No. 3] and the Notice on Motion of RL BB-GA RMH, LLC for Preliminary Injunction (the "**Notice**") [Adv. Proc. Dkt. No. 6].  On December 22, 2016, the Court entered an Order that, *inter alia*, enjoined the Debtor, the Defendants, and all third parties served with the Order from "transferring, disposing of, distributing, dissipating or receiving the tax reimbursement payment…" [Doc. No. 18].  The Motion is currently set to be heard by the Court on January 18, 2017 at 10:00 a.m. (the "**Hearing**").

After discussion between the parties, RLBB, Debtor, the other Defendants in the adversary proceeding, and other parties in interest have agreed to consent to this Order enjoining the transfer or dissipation of the tax reimbursement payment referenced in the Side Letter Agreement to Amended and Restated Purchase and Sale Agreement executed as of January 12, 2012 between Summit Hotel TRS 099, LLC and Carnegie Hotel Manager, LLC (the "**Tax Reimbursement Payment**") for a period of sixty (60) days from January 18, 2017 ("Injunction Period").

**IT IS THEREFORE ORDERED** that that Debtor and all other Defendants are restrained and enjoined from transferring, disposing of, distributing, dissipating or receiving the Tax Reimbursement Payment to and through expiration of the Injunction Period or as otherwise determined by the Court.  It is further,

**ORDERED** that all third parties served with this Agreed Order, including, without limitation, Summit Hotel Properties, Inc., Summit Hotel TRS 099, LLC or any of their affiliates (collectively, "**Summit**"), are entitled to rely on this Agreed Order and are prohibited from

transferring or disposing of the Tax Reimbursement Payment until further Order of this Court. It is further,

**ORDERED** that RLBB shall promptly provide a copy of this Agreed Order to Summit or to Summit's attorney(s). It is further,

**ORDERED** that the Hearing is hereby continued and reset as follows: This Court will hold a hearing on Plaintiff's Motion on March 14, 2017 at 10:15 a.m. in Courtroom 1204, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia. Moreover, the provisions of Federal Rule of Civil Procedure 65(b)(3) and (4) made applicable for Bankruptcy Rule of Civil Procedure 7065 are inapplicable to this Order. If the parties intend for the hearing to be evidentiary, they shall give notice to the Court and each other of same no later than fourteen (14) days before the hearing and shall exchange witness lists and exhibits no later than seven (7) days prior to the hearing. It is further,

**ORDERED** that this Agreed Order is without prejudice to the matters raised in the Adversary Proceeding, and other than as set forth herein, all parties in interest in the Chapter 7 Case and the Adversary Proceeding retain all rights with respect to the Chapter 7 Case, the Adversary Proceeding, and the matters raised in the Motion and including any rights Defendants may have to assert claims for damages from delay in payment.

### ### END OF ORDER ###

- 3 -

366428

Prepared and Presented by:

RL BB-GA RMH, LLC

By: */s/Beth E. Rogers*
Beth E. Rogers, Georgia Bar No. 612092
James Carroll, Georgia Bar No. 940350
ROGERS LAW OFFICES
The Equitable Building
100 Peachtree Street, Suite 1950
Atlanta, Georgia 30303
Tel:  (770) 685-6320
Fax:  (678) 990-9959

*Counsel to RL BB-GA RMH, LLC*

Consented to by:

THE SLOMKA LAW FIRM, PC


By: */s/Howard P. Slomka*
Howard P. Slomka
1069 Spring Street, NW – 2nd Floor
Atlanta, GA  30319
Tel: (678) 732-0001
Email: Howie@slomkaLawFirm.com

  *Counsel to Rajesh C. Patel*


KNIGHT JOHNSON, LLC


By: */s/Bryan M. Knight*
Bryan M. Knight, Esq.
One Midtown Plaza
1360 Peachtree Street, Suite 1201
Atlanta, Georgia 30309
Phone: (404) 228-4822
Email: bknight@knightjohnson.com

  *Counsel to Shama Patel, Jay R. Patel, and Carnegie Hotel Manager, LLC*

No opposition to paragraphs iii, iv, v, and vi:

ROBL LAW GROUP LLC


By: /s/Michael D. Robl
Michael D. Robl
3754 Lavista road, Suite 250
Tucker, GA 30084
Tel: (404) 373-5153
Fax: (404) 537-1761
Email: Michael@roblgroup.com

*Counsel to Hasmita Patel and Rishi Patel*

KREVOLIN HORST LLC


By: /s/Jeffrey D. Horst
Jeffrey D. Horst
One Atlantic Center
1201 Peachtree Street, NW, Suite 3250
Atlanta, GA 30309
Tel: (404) 888-9700
Email: Horst@khlawfirm.com

*Counsel to Hasmita Patel and Rishi Patel*

- 6 -

366428

United States Bankruptcy Court
Northern District of Georgia

RL BB-GA RMH, LLC,
      Plaintiff                                         Adv. Proc. No. 16-05307-lrc

Patel,
      Defendant

## CERTIFICATE OF NOTICE

```
District/off: 113E-9          User: slaterc                Page 1 of 1                  Date Rcvd: Jan 17, 2017
                              Form ID: pdf534              Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2017.
dft            +Hasmita Patel,    2860 Cravey Drive,    Atlanta, GA 30345-1420
               +Jeffrey D. Horst,    One Atlantic Center 1201 Peachtree Stree,    Atlanta, GA 30309-3449
dft            +Mukesh Patel,    2860 Cravey Drive,    Atlanta, GA 30345-1420
pla            +RL BB-GA RMH, LLC,    790 NW 107 Avenue,    Suite 400,    Miami, FL 33172-3159
dft            +Shama Patel,    2253 Grady Ridge Trail,    Duluth, GA 30097-5249

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +E-mail/Text: brogers@berlawoffice.com Jan 17 2017 22:25:01      Beth E. Rogers,
                 Rogers Law Offices,    Suite 1950,    100 Peachtree Street,    Atlanta, GA 30303-1919
ust            +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Jan 17 2017 22:24:21
                 Office of the United States Trustee,    362 Richard Russell Building,    75 Ted Turner Drive, SW,
                 Atlanta, GA 30303-3315
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2017                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2017 at the address(es) listed below:
              Beth E. Rogers    on behalf of Plaintiff    RL BB-GA RMH, LLC brogers@berlawoffice.com,
               JHoffmeyer@berlawoffice.com;jcarroll@berlawoffice.com;kmcdonald@berlawoffice.com
              Bryan M. Knight    on behalf of Defendant Shama  Patel bknight@knightjohnson.com,
               laura@knightjohnson.com
              Bryan M. Knight    on behalf of Defendant    Carnegie Hotel Manager, LLC bknight@knightjohnson.com,
               laura@knightjohnson.com
              Bryan M. Knight    on behalf of Defendant Jay R. Patel bknight@knightjohnson.com,
               laura@knightjohnson.com
              Howard P. Slomka    on behalf of Defendant Rajesh C. Patel shawn@slomkalawfirm.com,
               notices123@gmail.com;jennifer@slomkalawfirm.com;shawn@slomkalawfirm.com;slomkalawfirm@gmail.com
              Michael D. Robl    on behalf of Defendant Hasmita  Patel mdrobl@tsrlaw.com
              Michael D. Robl    on behalf of Defendant Rishi M. Patel mdrobl@tsrlaw.com
                                                                                              TOTAL: 7
```