# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| RAJESH C. PATEL, ) | |
| ) | Case No. 16-65074-lrc |
| DEBTOR. ) | |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| RL BB-GA RMH, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Adv. Proc. No. 16-05307 |
| ) | |
| RAJESH C. PATEL; SHAMA PATEL; ) | |
| HASMITA PATEL; MUKESH PATEL; JAY R. ) | |
| PATEL; RISHI M. PATEL; and CARNEGIE ) | |
| HOTEL MANAGER, LLC, ) | |
| ) | |
| Defendants. ) | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is more than 18 years of age, and that on January 20, 2017, he served the **Answer of Hasmita Patel and Rishi Patel, by Special Appearance, to Plaintiff's Amended Complaint** via the Court's ECF/CM filing system as follows:

Bryan M. Knight on behalf of Defendant Carnegie Hotel Manager, LLC
bknight@knightjohnson.com, laura@knightjohnson.com

Bryan M. Knight on behalf of Defendant Jay R. Patel
bknight@knightjohnson.com, laura@knightjohnson.com

Bryan M. Knight on behalf of Defendant Shama Patel
bknight@knightjohnson.com, laura@knightjohnson.com

Beth E. Rogers on behalf of Plaintiff RL BB-GA RMH, LLC
brogers@berlawoffice.com,
JHoffmeyer@berlawoffice.com;jcarroll@berlawoffice.com;kmcdonald@berlawoffice.com

Howard P. Slomka on behalf of Defendant Rajesh C. Patel
shawn@slomkalawfirm.com,

notices123@gmail.com;jennifer@slomkalawfirm.com;shawn@slomkalawfirm.com;slomkalawfirm@gmail.com;court@myatllaw.com

This 20th day of January, 2017.

                                        **ROBL LAW GROUP, LLC**

                                        /s/ Michael Robl
                                        _____
                                        Michael D. Robl
                                        State Bar No. 610905
                                        Attorney for Hasmita Patel and Rishi Patel

3754 Lavista Road, Suite 250
Tucker, GA 30084
(404) 373-5153 (telephone)
(404) 537-1761 (facsimile)
michael@roblgroup.com (email)