# ROBL LAW GROUP LLC
### Attorneys at Law

March 6, 2017

**VIA U.S. MAIL**
The Honorable Lisa Ritchey Craig
US Bankruptcy Court, Northern District of
Georgia, Atlanta Division
Room 1490, US Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia 30303-3309

**VIA U.S. MAIL**
M. Regina Thomas, Clerk of Court
US Bankruptcy Court, Northern District of
Georgia, Atlanta Division
Room 1340, US Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia 30303-3309

**VIA U.S. MAIL**
The Honorable Tom Campbell
185 Central Avenue SW
Justice Center Tower 4705
Atlanta, GA 30303

**VIA U.S. MAIL**
Fulton County Superior Court Clerk
136 Pryor Street
C155
Atlanta, GA 30303

**VIA FEDERAL EXPRESS**
Presiding Judge
Fulton County State Court
185 Central Avenue SW
Atlanta, GA 30303

**VIA FEDERAL EXPRESS**
Fulton County State Court Clerk
185 Central Avenue SW
Suite TG 400
Atlanta, GA 30303

Re:   *In re Rajesh C. Patel;*
*RL BB-GA RMH, LLC vs. Rajesh C. Patel, Shama Patel, Hasmita Patel, Mukesh Patel, Jay R. Patel, Rishi M. Patel, and Carnegie Hotel Manager, LLC* (Adversary)
United States Bankruptcy Court, Northern District of Georgia
Chapter 7 Case No.: 16-65074; Adversary Proceeding No. 16-05307

AND

*Auto-Owners Insurance Company (Plaintiff) vs. Jatech & Associates, Jimson Akinpelu Olayinka Akinpelu (Defendants)*
Superior Court of Fulton County
Civil Action File No. 2013CV225780

AND

*Branch Banking & Trust Co. vs. Eric J. Nathan v. Eric J. Nathan, P.C. (Garnishee)*
State Court of Fulton County; Garnishment No. 16GC001158

AND

*Branch Banking & Trust Co. vs. Philip H. Weener v. Philip H. Weener, P.C. (Garnishee)*
State Court of Fulton County; Garnishment No. 16GC001150

### Notice of Conflict and Proposed Resolution

# ROBL LAW GROUP LLC
### Attorneys at Law

Dear Sir or Madam:

    I represent Defendants Mukesh Patel, Rishi Patel and Hasmita Patel in the above-referenced U.S. Bankruptcy adversary case, which has a pending Motion for Preliminary Injunction set to be heard on March 14, 2017 at 10:15 a.m. I also represent the Defendants in the above-referenced Fulton County Superior Court action, currently scheduled for summary judgment oral arguments to be heard on March 14, 2017 at 11:00 a.m. Furthermore, I represent the Garnishees in the above-referenced Fulton County State Court actions, currently docketed on a Civil Motions Calendar for March 14, 2017 at 9:00 a.m. This is to inform you of the conflict in the scheduling of the above-referenced matters for March 14, 2017, and that due to the expected durations, and the scheduled times, for each hearing I am not able to attend all at the scheduled times.

    Under Georgia Uniform Rule 17.1 and United States Bankruptcy Court for the Northern District of Georgia Local Rule 5071-4, it is my intention to attend the hearings in Bankruptcy Court in Atlanta, Georgia, as I cannot attend all hearings due to the times of the hearings, expected duration, and due to precedence of federal matters over state matters. I respectfully request that the <u>Fulton County State Court</u> hearing be re-set and that I be informed of the new Fulton County State Court hearing date.

    I certify that I am lead counsel for my clients in these matters and no other attorneys in my firm can adequately represent the interests of my clients.

    Thank you for your assistance with this matter.

    Cordially,

**ROBL LAW GROUP LLC**

*/s/ Michael Robl*

Michael D. Robl

MDR/lk

Cc:  M. Boyd Jones, Esq.
      Brad G. Proctor, Esq.
      Mark I. Duedall, Esq.
      Beth E. Rogers, Esq.
      Howard P. Slomka, Esq.
      Bryan M. Knight, Esq.
      Paul G. Durdaller, Esq.
      Bryan J. Levy., Esq.