**IT IS ORDERED as set forth below:**

**Date: March 7, 2017**

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| RAJESH C. PATEL | ) | Case No. 16-65074 |
| | ) | |
| Debtor. | ) | Honorable Lisa Ritchey Craig |
| | ) | |
| | ) | |
| RL BB-GA RMH, LLC | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | Adv. Proc. No. 16-05307-lrc |
| RAJESH C. PATEL; SHAMA PATEL; | ) | |
| HASMITA PATEL; MUKESH PATEL; | ) | |
| JAY R. PATEL; RISHI M. PATEL; and | ) | |
| CARNEGIE HOTEL MANAGER, | ) | |
| LLC, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**SCHEDULING ORDER**

Upon review of the information contained in the Rule 26(f) Report completed and filed

by the parties on March 6, 2017 and incorporated herein, it is

**ORDERED** that the time limits and provisions stated in the Report are **APPROVED**.

PREPARED AND CONSENTED TO BY:

**ROGERS LAW OFFICES**
*/s/ Beth E. Rogers*
Beth E. Rogers, Georgia Bar No. 612092
James F. F. Carroll, Georgia Bar No. 940350
100 Peachtree Street, Suite 1950
Atlanta, GA 30303
770-685-6320 phone
678-990-9959 fax
brogers@berlawoffice.com
*Attorneys for RL BB*

CONSENTED TO BY:
SLIPAKOFF AND SLOMA LLLP
By: */s/ Howard P. Slomka*
Howard P. Slomka
Georgia Bar No. 652875
1069 Spring Street, NW – 2nd Floor
Atlanta, GA 30319
Tel: (678) 732-0001
Email: hs@myatllaw.com
*Attorney for Debtor*

ROBL LAW GROUP LLC
By: */s/Michael D. Robl*
Michael D. Robl
Georgia Bar No. 610905
3754 Lavista Road, Suite 250
Tucker, GA 30084
Tel: (404) 373-5153
Fax: (404) 537-1761
Email: Michael@roblgroup.com
*Counsel to Hasmita Patel and Rishi Patel*

KNIGHT JOHNSON, LLC

By: */s/Bryan M. Knight*
Bryan M. Knight, Esq.
One Midtown Plaza
Georgia Bar No. 142401
1360 Peachtree Street, Suite 1201
Atlanta, Georgia 30309
Phone: (404) 228-4822
Email: bknight@knightjohnson.com
*Counsel to Shama Patel, Jay R. Patel, and Carnegie Hotel Manager, LLC*

Distribution List:
Bryan M. Knight, Esq.
One Midtown Plaza
1360 Peachtree Street, Suite 1201
Atlanta, Georgia 30309

Michael D. Robl
3754 Lavista Road, Suite 250
Tucker, GA 30084

Howard P. Slomka
1069 Spring Street, NW – 2nd Floor
Atlanta, GA  30319

Beth E. Rogers
James F. F. Carroll
100 Peachtree Street, Suite 1950
Atlanta, GA 30303

United States Bankruptcy Court
Northern District of Georgia

RL BB-GA RMH, LLC,
      Plaintiff                                                     Adv. Proc. No. 16-05307-lrc

Patel,
      Defendant

## CERTIFICATE OF NOTICE

District/off: 113E-9        User: slaterc        Page 1 of 1        Date Rcvd: Mar 07, 2017
                                   Form ID: pdf492     Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2017.
aty         +Michael D. Robl,   The Spears & Robl Law Firm, LLC,   Suite 250,   3754 LaVista Road,
               Tucker, GA 30084-5623
           +Bryan M. Knight, Esq.,   One Midtown Plaza,   1360 Peachtree Street, Suite 1201,
               Atlanta, Georgia 30309-3222
           +Howard P. Slomka,   1069 Spring Street, NW  2nd Floor,   Atlanta, GA 30309-3817
           +Michael D. Robl,   3754 Lavista Road, Suite 250,   Tucker, GA 30084-5623

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty         +E-mail/Text: brogers@berlawoffice.com Mar 07 2017 22:15:20    Beth E. Rogers,
              Rogers Law Offices,   Suite 1950,   100 Peachtree Street,   Atlanta, GA 30303-1919
ust         +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Mar 07 2017 22:14:59
              Office of the United States Trustee,   362 Richard Russell Building,   75 Ted Turner Drive, SW,
              Atlanta, GA 30303-3315
           +E-mail/Text: brogers@berlawoffice.com Mar 07 2017 22:15:20    Beth E. Rogers,
              James F. F. Carroll,   100 Peachtree Street, Suite 1950,   Atlanta, GA 30303-1919
                                                                                                        TOTAL: 3

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2017                                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 7, 2017 at the address(es) listed below:
            Beth E. Rogers    on behalf of Plaintiff    RL BB-GA RMH, LLC brogers@berlawoffice.com,
          JHoffmeyer@berlawoffice.com;jcarroll@berlawoffice.com;kmcdonald@berlawoffice.com
            Bryan M. Knight    on behalf of Defendant Shama  Patel bknight@knightjohnson.com,
          laura@knightjohnson.com
            Bryan M. Knight    on behalf of Defendant   Carnegie Hotel Manager, LLC bknight@knightjohnson.com,
          laura@knightjohnson.com
            Bryan M. Knight    on behalf of Defendant Jay R. Patel bknight@knightjohnson.com,
          laura@knightjohnson.com
            Howard P. Slomka    on behalf of Defendant Rajesh C. Patel shawn@slomkalawfirm.com,
          notices123@gmail.com;jennifer@slomkalawfirm.com;shawn@slomkalawfirm.com;slomkalawfirm@gmail.com;court@myatllaw.com;myecfcalendar@gmail.com
            Michael D. Robl    on behalf of Defendant Hasmita  Patel mdrobl@tsrlaw.com
            Michael D. Robl    on behalf of Defendant Rishi M. Patel mdrobl@tsrlaw.com
                                                                                                                                  TOTAL: 7