**IT IS ORDERED as set forth below:**



Date: March 29, 2017

_____
Lisa Ritchey Craig
U.S. Bankruptcy Court Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| RAJESH C. PATEL | ) | Case No. 16-65074 |
| | ) | |
| Debtor. | ) | Honorable Lisa Ritchey Craig |
| | ) | |
| | ) | |
| RL BB-GA RMH, LLC | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | Adv. Proc. No. 16-05307 |
| RAJESH C. PATEL; et al, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## THIRD RESTRAINING ORDER

On November 8, 2016, RL BB-GA RMH, LLC ("**RLBB**") filed the Complaint to Determine Rights in and to Property of the Estate and Rights of Related Parties and to Enjoin the Dissipation of Assets (the "**Complaint**") commencing the above-captioned adversary proceeding

366428

(the "**Adversary Proceeding**").  Capitalized terms not defined herein shall have the meaning ascribed to them in the Complaint.  RLBB also filed the Motion for Preliminary Injunction and Memorandum of Law in Support (the "**Motion**") [Adv. Proc. Dkt. No. 3] and the Notice on Motion of RL BB-GA RMH, LLC for Preliminary Injunction (the "**Notice**") [Adv. Proc. Dkt. No. 6].  On December 22, 2016, the Court entered an Order that, *inter alia*, enjoined the Debtor, the Defendants, and all third parties served with the Order from "transferring, disposing of, distributing, dissipating or receiving the tax reimbursement payment…" [Doc. No. 18].  On January 17, 2017, the Court entered a Second Order again enjoining the Debtor, the Defendants, and all third parties served with the Order from "transferring, disposing of, distributing, dissipating or receiving the tax reimbursement payment…" [Doc. No. 23].

On March 14, 2017, this Court was scheduled to hold a hearing on the Motion, but the Court directed the parties to agree to extend the injunction for a period of time to allow the hearing to be specially set for hearing on a later date. .

Therefore, in order to preserve the status quo until the Court is able to hold the evidentiary hearing on the Motion,

**IT IS THEREFORE ORDERED** that that Debtor and all other Defendants are restrained and enjoined from transferring, disposing of, distributing, dissipating or receiving the tax reimbursement payment referenced in the Side Letter Agreement to Amended and Restated Purchase and Sale Agreement executed as of January 12, 2012 between Summit Hotel TRS 099, LLC and Carnegie Hotel Manager, LLC (the "**Tax Reimbursement Payment**") until and through the date of the evidentiary hearing on the Motion unless otherwise extended by further order of this Court.  It is further,

366428

**ORDERED** that all third parties served with this Order, including, without limitation, Summit Hotel Properties, Inc., Summit Hotel TRS 099, LLC or any of their affiliates (collectively, "**Summit**"), are entitled to rely on this Agreed Order and are prohibited from transferring or disposing of the Tax Reimbursement Payment until further Order of this Court. It is further,

**ORDERED** that RLBB shall promptly provide a copy of this Order to Summit or to Summit's attorney(s). It is further,

**ORDERED** that this Order is without prejudice to the matters raised in the Adversary Proceeding, and other than as set forth herein, all parties in interest in the Chapter 7 Case and the Adversary Proceeding retain all rights with respect to the Chapter 7 Case, the Adversary Proceeding, and the matters raised in the Motion and including any rights Defendants may have to assert claims for damages from delay in payment.

This Order is *nunc pro tunc* and effective as of March 18, 2017.

### ### END OF ORDER ###

Prepared and Consented to By:

RL BB-GA RMH, LLC

By: */s/Beth E. Rogers*
Beth E. Rogers, Georgia Bar No. 612092
James Carroll, Georgia Bar No. 940350
ROGERS LAW OFFICES
The Equitable Building
100 Peachtree Street, Suite 1950
Atlanta, Georgia 30303
Tel:  (770) 685-6320
Fax:  (678) 990-9959

   *Counsel to RL BB-GA RMH, LLC*

Consented to by:

THE SLOMKA LAW FIRM, PC

By: /s/Howard P. Slomka
Howard P. Slomka
1069 Spring Street, NW – 2nd Floor
Atlanta, GA  30319
Tel: (678) 732-0001
Email: Howie@slomkaLawFirm.com

*Counsel to Rajesh C. Patel*

KNIGHT JOHNSON, LLC

By: /s/Bryan M. Knight
Bryan M. Knight, Esq.
One Midtown Plaza
1360 Peachtree Street, Suite 1201
Atlanta, Georgia 30309
Phone: (404) 228-4822
Email: bknight@knightjohnson.com

*Counsel to Shama Patel, Jay R. Patel, and Carnegie Hotel Manager, LLC*

No opposition to form of Order:

ROBL LAW GROUP LLC

By: /s/Michael D. Robl
Michael D. Robl
3754 Lavista Road, Suite 250
Tucker, GA 30084
Tel: (404) 373-5153
Fax: (404) 537-1761
Email: Michael@roblgroup.com

*Counsel to Hasmita Patel and Rishi Patel*

- 4 -

366428

United States Bankruptcy Court
Northern District of Georgia

RL BB-GA RMH, LLC,
         Plaintiff                                               Adv. Proc. No. 16-05307-lrc
Patel,
         Defendant

# CERTIFICATE OF NOTICE

District/off: 113E-9          User: slaterc              Page 1 of 1          Date Rcvd: Mar 30, 2017
                              Form ID: pdf571            Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 01, 2017.
aty            +Michael D. Robl,    The Spears & Robl Law Firm, LLC,    Suite 250,   3754 LaVista Road,
                 Tucker, GA 30084-5623
               +Bryan M. Knight,    Knight Johnson. LLC,    1360 Peachtree Street, NE,    Suite 1201,
                 Atlanta, GA 30309-3222
dft            +Hasmita Patel,    2860 Cravey Drive,    Atlanta, GA 30345-1420
               +Howard P. Slomka,    Slomka Law Firm,    2nd Floor,   1069 Spring Street, NW,
                 Atlanta, GA 30309-3817
dft            +Mukesh Patel,    2860 Cravey Drive,    Atlanta, GA 30345-1420
pla            +RL BB-GA RMH, LLC,    790 NW 107 Avenue,    Suite 400,   Miami, FL 33172-3159
dft             Rajesh C. Patel,    2253 Grady Ridge Trail,    Duluth, GA 30097-5249
dft            +Shama Patel,    2253 Grady Ridge Trail,    Duluth, GA 30097-5249

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +E-mail/Text: brogers@berlawoffice.com Mar 30 2017 21:36:43     Beth E. Rogers,
                 Rogers Law Offices,   Suite 1950,   100 Peachtree Street,   Atlanta, GA 30303-1919
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
*              +Beth E. Rogers,   Rogers Law Offices,   Suite 1950,   100 Peachtree Street,
                 Atlanta, GA 30303-1919
*              +Michael D. Robl,    The Spears & Robl Law Firm, LLC,   Suite 250,   3754 LaVista Road,
                 Tucker, GA 30084-5623
                                                                                TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2017                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 30, 2017 at the address(es) listed below:
              Beth E. Rogers    on behalf of Plaintiff    RL BB-GA RMH, LLC brogers@berlawoffice.com,
               JHoffmeyer@berlawoffice.com;jcarroll@berlawoffice.com;kmcdonald@berlawoffice.com
              Bryan M. Knight    on behalf of Defendant Shama  Patel bknight@knightjohnson.com,
               laura@knightjohnson.com
              Bryan M. Knight    on behalf of Defendant   Carnegie Hotel Manager, LLC bknight@knightjohnson.com,
               laura@knightjohnson.com
              Bryan M. Knight    on behalf of Defendant Jay R. Patel bknight@knightjohnson.com,
               laura@knightjohnson.com
              Howard P. Slomka    on behalf of Defendant Rajesh C. Patel shawn@slomkalawfirm.com,
               notices123@gmail.com;jennifer@slomkalawfirm.com;shawn@slomkalawfirm.com;slomkalawfirm@gmail.com;c
               ourt@myatllaw.com;myecfcalendar@gmail.com
              Michael D. Robl    on behalf of Defendant Hasmita  Patel mdrobl@tsrlaw.com
              Michael D. Robl    on behalf of Defendant Rishi M. Patel mdrobl@tsrlaw.com
                                                                                             TOTAL: 7