IT IS ORDERED as set forth below:



Date: April 5, 2017

_____
Lisa Ritchey Craig
U.S. Bankruptcy Court Judge

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| IN THE MATTER OF: | : | CASE NUMBERS |
|---|---|---|
| RAJESH C. PATEL, | : | 16-65074-LRC |
| _____ | : | |
| RL BB-GA RMH, LLC, | : | ADVERSARY PROCEEDING |
| | : | NO. 16-05307-LRC |
| Plaintiff. | : | |
| v. | : | |
| RAJESH C. PATEL, SHAMA PATEL, HASMITA PATEL, MUKESH PATEL, JAY R. PATEL, RISHI M. PATEL, and CARNEGIE HOTEL MANAGER, LLC, | : | IN PROCEEDINGS UNDER CHAPTER 7 OF THE BANKRUPTCY CODE |
| Defendants. | : | |

### ORDER AND NOTICE OF EVIDENTIARY HEARING

Having considered the *Objection to Defendant Request to File Late Response to Motion for Preliminary Injunction and Objection to Presentation of Evidence at the*

*Motion Hearing* (Doc. No. 34) and *Defendants Carnegie Hotel Manager, LLC, Shama Patel and Jay R. Patel's Brief in Support of Request to File a Response to Motion for Preliminary Injunction and Presentation of Evidence at the Motion Hearing* (Doc. No. 35), in the interest of fairness and to enable the Court to reach a just resolution of the issues raised on their merits, the Court will allow Defendants Carnegie Hotel Manager, LLC, Shama Patel, and Jay R. Patel ("Defendants") to present evidence in opposition to Plaintiff's Motion for Preliminary Injunction (the "Motion") (Doc. No. 3), provided they file a written response to the Motion no later than April 20, 2017.  In reaching its decision, the Court has also considered the serious nature of the relief requested against Defendants and Defendants' assertions that they have a meritorious defense to the Motion, as well as the lack of prejudice to Plaintiff, given the fact that, due to scheduling conflicts, the evidentiary hearing on the Motion will be delayed for a substantial amount of time and such delay will provide Plaintiff ample time to consider Defendants' objections and to prepare for the presentation of evidence at the hearing.[1]  Accordingly,

---

[1] Plaintiff asserts that the Court may not permit Defendants to object to the Motion or to participate in the evidentiary hearing without finding that Defendants' failure to file a written response was the result of excusable neglect, within the meaning of Federal Rule of Bankruptcy Procedure 9006.  The Court disagrees.  In essence, Plaintiff argues that Defendants are in default.  An entry of default can be set aside by the Court upon a finding of "good cause," which is a lesser standard than the excusable neglect finding that is required to set aside a default judgment.  *See* Fed. R. Bankr. P. 7055, 9014(c); Fed. R. Civ. P. 55(c); *Rogers v. Allied Media, Inc. (In re Rogers)*,

2

NOTICE IS HEREBY GIVEN that an evidentiary hearing on the Motion and any objections thereto that are filed on or before **April 20, 2017,** will be held on **June 1 , 2017,** at **10:00 a.m**., in **Courtroom 1204**, U.S. Courthouse and Richard B. Russell Federal Building, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303.

IT IS ORDERED that, on or before **May 15, 2017**, each party participating in the evidentiary hearing shall file a pre-hearing brief outlining the legal issues and describing the questions of fact to be decided;

IT IS FURTHER ORDERED that, on or before **May 22, 2017**, each party who will have exhibits shall: (1) prepare and deliver to Christy Lee, Courtroom Deputy Clerk, Chambers 1290, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303, an original and two copies of an exhibit list and exhibits (indexed and tabbed in a binder); and (2) provide a copy set of the exhibit list and exhibits to all opposing parties;

IT IS FURTHER ORDERED that each party who will call witnesses is to prepare a witness list. On or before **May 22, 2017**, the witness list is to be: (1) delivered to Christy Lee, Courtroom Deputy Clerk, Chambers 1290, 75 Ted Turner Drive, S. W., Atlanta, Georgia 30303; and (2) the witness list is to be exchanged with all parties. The witness list

---

160 B.R. 249, 251-52 (Bankr. N.D. Ga. 1993) (Drake, J.) (citing *EEOC v. Mike Smith Pontiac GMC, Inc.*, 896 F.2d 524, 528 (11th Cir. 1990)) (additional citations omitted).

should reflect a separate listing for each of the witnesses, to include their addresses, whom that party will or may have present at the evidentiary hearing, including impeachment and rebuttal witnesses whose use can or should have been reasonably anticipated. Witnesses not included on the witness list **will not** be permitted to testify.

     IT IS FURTHER ORDERED that any Stipulations of Facts should be presented to Chambers 1290 by **May 22, 2017;** and

     IT IS FURTHER ORDERED that the Parties shall promptly notify the Courtroom Deputy Clerk if the dispute is settled prior to the hearing.

     The Clerk is DIRECTED to serve this Order and Notice on all parties to this adversary proceeding and their counsel.

**END OF DOCUMENT**

United States Bankruptcy Court
Northern District of Georgia

RL BB-GA RMH, LLC,
       Plaintiff
                                                Adv. Proc. No. 16-05307-lrc
Patel,
       Defendant

## CERTIFICATE OF NOTICE

District/off: 113E-9          User: slaterc          Page 1 of 1          Date Rcvd: Apr 05, 2017
                            Form ID: pdf534       Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2017.
            +Bryan M. Knight,   Knight Johnson. LLC,   1360 Peachtree Street, NE,   Suite 1201,
             Atlanta, GA 30309-3222
dft        +Hasmita Patel,   2860 Cravey Drive,   Atlanta, GA 30345-1420
            +Howard P. Slomka,   Slomka Law Firm,   2nd Floor,   1069 Spring Street, NW,
             Atlanta, GA 30309-3817
            +Michael D. Robl,   Robl Law Group LLC,   Suite 250,   3754 LaVista Road,
             Tucker, GA 30084-5623
dft        +Mukesh Patel,   2860 Cravey Drive,   Atlanta, GA 30345-1420
pla        +RL BB-GA RMH, LLC,   790 NW 107 Avenue,   Suite 400,   Miami, FL 33172-3159
dft         Rajesh C. Patel,   2253 Grady Ridge Trail,   Duluth, GA  30097-5249
dft        +Shama Patel,   2253 Grady Ridge Trail,   Duluth, GA 30097-5249

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty        +E-mail/Text: brogers@berlawoffice.com Apr 05 2017 21:27:23     Beth E. Rogers,
             Rogers Law Offices,   Suite 1950,   100 Peachtree Street,   Atlanta, GA 30303-1919
ust        +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Apr 05 2017 21:26:55
             Office of the United States Trustee,   362 Richard Russell Building,   75 Ted Turner Drive, SW,
             Atlanta, GA 30303-3315
                                                                                      TOTAL: 2

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
*            +Beth E. Rogers,   Rogers Law Offices,   Suite 1950,   100 Peachtree Street,
             Atlanta, GA 30303-1919
*            +Hasmita Patel,   2860 Cravey Drive,   Atlanta, GA 30345-1420
*            +Mukesh Patel,   2860 Cravey Drive,   Atlanta, GA 30345-1420
*            +RL BB-GA RMH, LLC,   790 NW 107 Avenue,   Suite 400,   Miami, FL 33172-3159
*             Rajesh C. Patel,   2253 Grady Ridge Trail,   Duluth, GA 30097-5249
*            +Shama Patel,   2253 Grady Ridge Trail,   Duluth, GA 30097-5249
                                                                                TOTALS: 0, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2017                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2017 at the address(es) listed below:
         Beth E. Rogers   on behalf of Plaintiff   RL BB-GA RMH, LLC brogers@berlawoffice.com,
          JHoffmeyer@berlawoffice.com;jcarroll@berlawoffice.com;kmcdonald@berlawoffice.com
         Bryan M. Knight   on behalf of Defendant Shama  Patel bknight@knightjohnson.com,
          laura@knightjohnson.com
         Bryan M. Knight   on behalf of Defendant   Carnegie Hotel Manager, LLC bknight@knightjohnson.com,
          laura@knightjohnson.com
         Bryan M. Knight   on behalf of Defendant Jay R. Patel bknight@knightjohnson.com,
          laura@knightjohnson.com
         Howard P. Slomka   on behalf of Defendant Rajesh C. Patel shawn@slomkalawfirm.com,
          notices123@gmail.com;jennifer@slomkalawfirm.com;shawn@slomkalawfirm.com;slomkalawfirm@gmail.com;court@myatllaw.com;myecfcalendar@gmail.com
         Michael D. Robl   on behalf of Defendant Hasmita  Patel michael@roblgroup.com
         Michael D. Robl   on behalf of Defendant Rishi M. Patel michael@roblgroup.com
                                                                                    TOTAL: 7